```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 16937
   CORNELIUS C CLARK
   SHARON D CLARK                               CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-9018     SSN XXX-XX-9676

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/17/2007 and was confirmed 01/24/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was converted to chapter 7 after confirmation 09/09/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV  SECURED NOT I     4565.16            .00            .00
AMERICREDIT FINANCIAL SV  UNSEC W/INTER    NOT FILED           .00            .00
BEACH CONDOMINIUM ASSOC   CURRENT MORTG         .00            .00            .00
TP REALTY AND MANAGEMENT  NOTICE ONLY      NOT FILED           .00            .00
OCWEN FEDERAL BANK        SECURED NOT I         .00            .00            .00
OCWEN FEDERAL BANK        SECURED NOT I         .00            .00            .00
BEACH CONDOMINIUM ASSOC   SECURED NOT I         .00            .00            .00
OCWEN LOAN SERVICING      NOTICE ONLY      NOT FILED           .00            .00
TRIAD FINANCIAL CORP      SECURED VEHIC    7300.00          398.44        1174.93
TRIAD FINANCIAL CORP      UNSEC W/INTER    2143.22            .00            .00
IL STATE DISBURSEMENT UN  NOTICE ONLY      NOT FILED           .00            .00
SHERRIE BARRETT CLARK     NOTICE ONLY      NOT FILED           .00            .00
AG CHILD SUPPORT          NOTICE ONLY      NOT FILED           .00            .00
INTERNAL REVENUE SERVICE  PRIORITY        16367.46          623.87        4416.43
INTERNAL REVENUE SERVICE  NOTICE ONLY      NOT FILED           .00            .00
ARLINGTON FEDERAL CREDIT  UNSEC W/INTER    4150.01            .00            .00
BLALACKI & WILLIAMS       NOTICE ONLY      NOT FILED           .00            .00
AWA COLLECTIONS           UNSEC W/INTER    NOT FILED           .00            .00
BRAZOS                    UNSEC W/INTER    NOT FILED           .00            .00
CITIZENS FINANCE COMPANY  UNSEC W/INTER    NOT FILED           .00            .00
CITIZENS FINANCE CO       NOTICE ONLY      NOT FILED           .00            .00
CITY OF CHICAGO PARKING   UNSEC W/INTER    1110.00            .00            .00
ARNOLD SCOTT HARRIS       NOTICE ONLY      NOT FILED           .00            .00
CITY OF CHICAGO PARKING   NOTICE ONLY      NOT FILED           .00            .00
LINEBARGER GOGGAN BLAIR   NOTICE ONLY      NOT FILED           .00            .00
COLLECTION COMPANY OF AM  UNSEC W/INTER    NOT FILED           .00            .00
VILLAGE OF EAST HAZEL CR  NOTICE ONLY      NOT FILED           .00            .00
COMMONWEALTH EDISON       UNSEC W/INTER     547.45            .00            .00
COMMONWEALTH EDISON       NOTICE ONLY      NOT FILED           .00            .00
DELL FINANCIAL SERVICES   UNSEC W/INTER    2071.71            .00            .00
ENCORE RECEIVABLES        NOTICE ONLY      NOT FILED           .00            .00
ENCORE RECEIVABLE MANAGE  NOTICE ONLY      NOT FILED           .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 16937 CORNELIUS C CLARK & SHARON D CLARK
```

```
DEPENDON COLLECTION      UNSEC W/INTER NOT FILED            .00         .00
SUBURBAN RADIOLOGISTS    NOTICE ONLY   NOT FILED            .00         .00
FAA FIRST FEDERAL CREDIT UNSEC W/INTER    3014.19           .00         .00
FIRST CONSUMERS NATIONAL UNSEC W/INTER NOT FILED            .00         .00
ELITE RECOVERY           NOTICE ONLY   NOT FILED            .00         .00
ECAST SETTLEMENT CORP    UNSEC W/INTER    2499.71           .00         .00
ECAST SETTLEMENT CORP    UNSEC W/INTER     373.79           .00         .00
MIDSTATE COLLECTION SOLU UNSEC W/INTER NOT FILED            .00         .00
NCO FINANCIAL SYSTEM     UNSEC W/INTER NOT FILED            .00         .00
ILLINOIS DEPT OF HUMAN S NOTICE ONLY   NOT FILED            .00         .00
IL DEPT OF HUMAN SERVICE NOTICE ONLY   NOT FILED            .00         .00
NICOR GAS                UNSEC W/INTER NOT FILED            .00         .00
RECEIVABLE PERFORMANCE   UNSEC W/INTER NOT FILED            .00         .00
RMS INC                  UNSEC W/INTER NOT FILED            .00         .00
UNIVERSITY OF ST FRANCIS NOTICE ONLY   NOT FILED            .00         .00
ROUNDUP FUNDING LLC      UNSEC W/INTER    1590.41           .00         .00
CAPITAL MANAGEMENT SERVI NOTICE ONLY   NOT FILED            .00         .00
SEARS ROEBUCK & CO       NOTICE ONLY   NOT FILED            .00         .00
SAXON MORTGAGE           UNSEC W/INTER NOT FILED            .00         .00
SAXON MORTGAGE SERVICE   NOTICE ONLY   NOT FILED            .00         .00
SALLIE MAE INC           UNSEC W/INTER   13435.42           .00         .00
SM SERVICING             UNSEC W/INTER NOT FILED            .00         .00
TALBOTT COLL             UNSEC W/INTER NOT FILED            .00         .00
TARGET                   UNSEC W/INTER NOT FILED            .00         .00
BUREAUS                  UNSEC W/INTER NOT FILED            .00         .00
TOYOTA MOTOR CREDIT CORP NOTICE ONLY   NOT FILED            .00         .00
TOYOTA MOTOR CREDIT CORP NOTICE ONLY   NOT FILED            .00         .00
US DEPT OF EDUCATION     UNSEC W/INTER    6808.63           .00         .00
US ATTORNEYS OFFICE      NOTICE ONLY   NOT FILED            .00         .00
VERIZON WIRELESS         UNSEC W/INTER    1090.84           .00         .00
WASHINGTON MUTUAL/PROVID UNSEC W/INTER NOT FILED            .00         .00
OCWEN LOAN SERVICING     NOTICE ONLY   NOT FILED            .00         .00
AMERICREDIT FINANCIAL SV NOTICE ONLY   NOT FILED            .00         .00
CITIZENS FINANCE CO      SECURED NOT I    2562.96           .00         .00
INTERNAL REVENUE SERVICE UNSEC W/INTER    2843.97           .00         .00
CRESCENT RECOVERY LLC    UNSEC W/INTER    9937.87           .00         .00
JEFFERSON CAPITAL SYSTEM UNSEC W/INTER     793.02           .00         .00
UNIVERSITY OF ST FRANCIS UNSEC W/INTER   11165.15           .00         .00
ILLINOIS DEPT OF HUMAN S UNSEC W/INTER     901.13           .00         .00
BEACH CONDOMINIUM ASSOC  UNSEC W/INTER   15675.87           .00         .00
SAXON MORTGAGE SERVICES  NOTICE ONLY   NOT FILED            .00         .00
IL STATE DISBURSEMENT UN NOTICE ONLY   NOT FILED            .00         .00
CHILD SUPPORT ENFORCEMEN NOTICE ONLY   NOT FILED            .00         .00
SIERRA LEASING           NOTICE ONLY   NOT FILED            .00         .00
SIERRA LEASING           SECURED NOT I        .00           .00         .00
SIERRA LEASING           UNSECURED     NOT FILED            .00         .00
LEDFORD & WU             DEBTOR ATTY     1,500.00                  1,500.00
TOM VAUGHN               TRUSTEE                                      691.38
DEBTOR REFUND            REFUND                                       787.04

                    PAGE  2 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 16937 CORNELIUS C CLARK & SHARON D CLARK
```

```
       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 9,592.09

PRIORITY                                         4,416.43
     INTEREST                                      623.87
SECURED                                          1,174.93
     INTEREST                                      398.44
UNSECURED                                             .00
ADMINISTRATIVE                                   1,500.00
TRUSTEE COMPENSATION                               691.38
DEBTOR REFUND                                      787.04
                        ---------------    ---------------
TOTALS                  9,592.09                 9,592.09
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 12/29/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE